UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANE STAHL-MUSS,

     Plaintiff,

v.

BONNELL INDUSTRIES INC. AND
FLINK CO.,

     Defendant.

Case No. 25-12678
Honorable Laurie J. Michelson

## SCHEDULING ORDER

       This civil case having come before the Court pursuant to Federal Rule of Civil Procedure 16 and the parties having submitted a proposed discovery plan, the Court enters the following schedule to manage the progress of the case:

| EVENT[1] | DEADLINE |
| --- | --- |
| Initial Disclosures[2] | January 23, 2026 |
| Amendment of Pleadings | January 30, 2026, thereafter per Rule 15 |
| Interim Status Conference[3] | March 13, 2026, at 1pm |
| Plaintiff's Expert Disclosures[4] | June 8, 2026 |
| Defendant's Expert Disclosures | June 29, 2026 |
| Fact Witness Lists Filed | June 29, 2026 |

---

[1] For any events not listed on the Scheduling Order, please refer to Federal Rule of Civil Procedure 26.

[2] In addition to identifying all information required by Rule 26(a)(1)(A)(i)–(iv), the parties must also share that material with opposing counsel.

[3] To participate in the conference, dial into the Eastern District of Michigan's telephone conference system at (313) 261-7355. The system will then provide directions for joining the call; when asked for an access code, use 397 657 699. If possible, please refrain from participating in the conference on a cell phone.

[4] The parties' expert disclosures refer to the following: (1) experts who are "retained or specially employed to provide expert testimony in the case or one whose duties as the party's employee regularly involve giving expert testimony," and must provide a written report under Rule 26(a)(2)(B) and (2) all other experts, including treating physicians, who do not have to provide a report but must make disclosures under Rule 26(a)(2)(C).

| Plaintiff's Rebuttal Expert Disclosures | July 13, 2026 |
|---|---|
| Fact Discovery Completed | August 28, 2026 |
| Expert Discovery Completed | August 28, 2026 |
| Dispositive Motions Filed | September 21, 2026 |
| Challenges to Experts | September 21, 2026 |
| Pretrial disclosures under Rule 26(a)(3)(A)(i)–(iv) | Per Rule 26(a)(3)(B) |
| Joint Proposed Final Pretrial Order | TBD |
| Final Pretrial Conference | TBD |
| Jury Trial | TBD |
| Estimated Length of Trial | 5–7 days |

As this case progresses, the parties are to continually review this Court's Case Management Requirements found at ECF No. 9.

SO ORDERED.

Dated: December 22, 2025

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

2