UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
MICHIGAN SOUTHERN
DIVISION

SHANE A. STAHL-MUSS,

     Plaintiff,

v

BONNELL INDUSTRIES
INCORPORATED, individually and as
successor in interest to FLINK COMPANY,

and

MCP LIQUIDATION CORPORATION,
individually and a successor in interest to,
and formerly known as, FLINK
COMPANY,

          Defendants.

Civil Case No. 2:25-cv-12678
Hon. Laurie J. Michelson
Mag. David R. Grand

---

**STIPULATED ORDER
EXTENDING DISCOVERY**

---

DAVID M. KRAMER (P63740)
DAVID M. KRAMER PLLC
Attorney for Plaintiff 25892
Woodward Avenue Royal
Oak, MI 48067
(248) 210-6757 / Fax (248) 542-6301
david.kramer@dmkramerlaw.com

JOHN M. POPILOCK (P72671)
POPILOCK LAW, LLC
Attorney for Plaintiff

630 Freedom Business Center Dr. 3rd Fl
King of Prussia, PA 19406
(267) 218-7777 / Fax (412) 206-0827
john@popilocklaw.com

TIMOTHY S. GROUSTRA (P48966)
DAVID A. KOWALSKI (P71179)
DICKIE, MCCAMEY & CHILCOTE,
P.C.
Attys for Defendant MCP Liquidation 120
Kercheval Avenue, Suite 200 Grosse Pointe
Farms, MI 48236
(313) 308-2034 / Fax (888) 811-7144
tgroustra@dmclaw.com
dkowalski@dmclaw.com

GINA M. DALFONSO (P84046)
COLLINS EINHORN FARRELL
PC
Attorneys for Defendant Bonnell Ind. 4000
Town Center, 9th Fl Southfield, MI 48075
(248) 355-4141 / Fax (248) 355-2277
gina.dalfonso@ceflawyers.com

## <u>STIPULATED ORDER EXTENDING DISCOVERY</u>

Upon consideration of the Parties' Consent Motion to Extend Discovery, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED:**

1.  The deadlines set forth in the current Scheduling Order are extended by ninety (90) days as follows:

    - Plaintiff's Expert Disclosures: September 7, 2026
    - Defendant's Expert Disclosures: September 28, 2026
    - Fact Witness Lists filed: September 28, 2026
    - Plaintiff's Rebuttal Expert Disclosures: October 12, 2026
    - Fact Discovery Completed: November 26, 2026
    - Expert Discovery Completed: November 26, 2026
    - Dispositive Motions filed: December 21, 2026

2.  All other provisions of the Scheduling Order remain in effect unless otherwise modified by the Court.

3.  This extension is granted upon the consent of all parties and in the interest of justice to allow for the orderly and efficient completion of discovery and pretrial proceedings.

**IT IS SO ORDERED.**

Dated: June 9, 2026                         s/Laurie J. Michelson_____
                                            HON. LAURIE J. MICHELSON
                                            UNITED STATES DISTRICT JUDGE

**SIGNATURE PAGE FOR STIPULATED ORDER TO EXTEND DISCOVERY**

Stipulated and agreed to by:

/s/ John M. Popilock (P72671)

JOHN M. POPILOCK (P72671)
Attorney for Plaintiff

/s/ David A. Kowalksi (P71179) w/ consent

DAVID A. KOWALKSI (P71179)
Attorney for Flink Company

/s/ Gina M. Dalfonso (P84046) w/ consent

GINA M. DALFONSO (P84046)
Attorney for Defendant Bonnell Ind.