UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANE A. STAHL-MUSS,

Plaintiff,

v

BONNELL INDUSTRIES INCORPORATED, individually and as successor in interest to FLINK COMPANY,

and

MCP LIQUIDATION CORPORATION, individually and a successor in interest to , and formerly known as, FLINK COMPANY,

Defendants.

Civil Case No. 2:25-cv-12678
Hon. Laurie J. Michelson
Mag. David R. Grand

**STIPULATED ORDER EXTENDING DATES FOR EXPERT DISCLOSURES AND CORRESPONDING DATES**

---

DAVID M. KRAMER (P63740)
DAVID M. KRAMER PLLC
Attorney for Plaintiff
25892 Woodward Avenue
Royal Oak, MI 48067
(248) 210-6757 / Fax (248) 542-6301
david.kramer@dmkramerlaw.com

JOHN M. POPILOCK (P72671)
POPILOCK LAW, L.L.C.
Attorney for Plaintiff
630 Freedom Business Center Dr. 3rd Fl
King of Prussia PA 19406
(248) 585-6078
john@popilocklaw.com

TIMOTHY S. GROUSTRA (P48966)
DAVID A. KOWALSKI (P71179)
DICKIE, MCCAMEY & CHILCOTE, P.C.
Attorneys for Defendant Flink Corp.
120 Kercheval Avenue, Suite 200
Grosse Pointe Farms, MI 48236
(313) 308-2034 / Fax (888) 811-7144
tgroustra@dmclaw.com
dkowalski@dmclaw.com

KELLIE L. HOWARD (P69009)
MERON A. ALEAS (P85878)
COLLINS EINHORN FARRELL PC
Attorneys for Defendant Bonnell Ind.
4000 Town Center, 9th Floor
Southfield, MI 48075
(248) 355-4141 / Fax (248) 355-2277
kellie.howard@ceflawyers.com
meron.aleas@ceflawyers.com

---

**STIPULATED ORDER EXTENDING DATES FOR EXPERT DISCLOSURES AND CORRESPONDING DATES**

At a session of said Court held in the City of Detroit,
County of Wayne, State of Michigan

Present: HON. LAURIE J. MICHELSON
United States District Judge

The parties having stipulated to and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that, due to the scheduling or necessary depositions, the following deadlines be adjourned as follows:

a. Plaintiff's expert disclosures from 09/07/2026 to 10/05/2026;

b. Defendants' expert disclosures from 09/28/2026 to 10/26/2026; and

c. Plaintiff's rebuttal experts from 10/12/2026 to 11/09/2026;

d. Completion of expert discovery from 11/26/2026 to 12/24/2026; and

e. Dispositive Motion filing from 12/21/2026 to 01/18/2027;

**IT IS SO ORDERED.**

This Order does not resolve the last pending claim and does not close the case.

Dated: August 17, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

**SIGNATURE PAGE FOR STIPULATED ORDER EXTENDING DATES FOR EXPERT DISCLOSURES AND CORRESPONDING DATES**

Stipulated as to form and substance:

/s/John M. Popilock (P72671)
JOHN M. POPILOCK (P72671)
Attorney for Plaintiff

/s/David A. Kowalski (P71179)
DAVID A. KOWALSKI (P71179)
Attorney for Flink Company

/s/Gina M. Dalfonso (P84046)
GINA M. DALFONSO (P84046)
Attorneys for Defendant Bonnell Ind

36473092.1